No. 10–304. ZUTZ ET AL. *v.* NELSON ET AL.  C. A. 8th Cir. Certiorari denied.

No. 10–306. ROBERTS ET AL. *v.* MENTZER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–311. ADVANCED TOWING CO. LLC ET AL. *v.* FAIRFAX COUNTY BOARD OF SUPERVISORS.  Sup. Ct. Va.  Certiorari denied.

No. 10–321. PARKER, DBA PARKER INTERNATIONAL *v.* DONLEY, SECRETARY OF THE AIR FORCE.  C. A. Fed. Cir.  Certiorari denied.

No. 10–331. MAUNALUA BAY BEACH OHANA 28 ET AL. *v.* HAWAII.  Int. Ct. App. Haw.  Certiorari denied.

No. 10–338. TRICOME *v.* EBAY INC.  C. A. 3d Cir.  Certiorari denied.

No. 10–342. KOZACHUK *v.* MEDPOINTE HEALTHCARE, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 10–345. AYDINER *v.* OREGON.  Ct. App. Ore.  Certiorari denied.

No. 10–365. HIGHLAND CRUSADER OFFSHORE PARTNERS LP ET AL. *v.* LIFECARE HOLDINGS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–381. VANCE *v.* ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 10–390. EHLERS *v.* UNITED STATES.  C. A. Armed Forces. Certiorari denied.

No. 10–400. MURPHY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–413. CONTRERAS *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 10–423. LOPERA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.